NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3100

VIVIAN J. BLAHA,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in DA0831070068-B-1.

ON MOTION

ORDER

Vivian J. Blaha moves to reinstate her petition for review and for an extension of time to file her brief.

Blaha's petition was dismissed for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination. The statement has now been filed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions will be granted, the mandate will be recalled, and the dismissal order will be vacated, if Blaha files her brief within 21 days of the date of this order.

FOR THE COURT

MAR 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Afton Jane Izen, Esq.
Matthew H. Solomson, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2009

JAN HORBALY
CLERK